Craig BATLEY, Plaintiff–Appellant,

v.

HOMESEEKERS.COM, INC. d/b/a Realigent, Inc., Realigent Development, Inc., Genstar Media, a division of Homeseekers.Com, Inc., and Gulf Underwriters Insurance Co., Defendants–Appellees.

and

Terry Pullan, a citizen of California, Defendant.

No. 07–55563.

United States Court of Appeals, Ninth Circuit.

Submitted June 4, 2008.*

Filed June 17, 2008.

Michael J. Lancaster, Esq., Stocker & Lancaster, LLP, Irvine, CA, for Plaintiff–Appellant.

Michael J. Rubino, Esq., Law Offices of Michael J. Rubino, Laguna Beach, CA, for Homeseekers.Com, Inc., Genstar Media.

Evan B. Sorensen, Esq., Tressler, Soderstrom, Maloney & Priess, Los Angeles, CA, for Gulf Underwriters Insurance Co.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

Ronald G. Rosenberg, Esq., Rosenberg & Koffman, Los Angeles, CA, for Defendant.

Before: KOZINSKI, Chief Judge, ALDISERT ** and D.W. NELSON, Circuit Judges.

MEMORANDUM ***

Appellant Craig Batley raises a number of issues on appeal stemming from two orders issued by the United States District Court for the Central District of California. We agree with the District Court that the United States Bankruptcy Court was the proper court to determine whether Batley's claim against Homeseekers.com had been discharged in bankruptcy and whether the claim could be reactivated following completion of Homeseekers.com's bankruptcy proceedings. We also agree that the evidence in this case shows that Homeseekers.com did not assign the insurance policies at issue to Batley, and therefore Gulf Underwriters Insurance Co. has no liability to Batley.

**AFFIRMED.**

---

** The Honorable Ruggero J. Aldisert, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.